

6-1504-A

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. H. L. Washburn
County Auditor
Harris County
Houston, Texas

Dear Sir:

Reconsideration of Opinion O-1504-A
Re: Construing Article 625, C.C.P.,
as amended by S. B. No. 401,
Acts 46th Legislature.

We have reconsidered our opinion No. O-1504, addressed to you, in which we held that Harris County was exempted from the provisions of Art. 625, C. C. P., as amended by S. B. No. 401, Acts 46th Legislature, and have concluded that we were in error in so holding. That opinion is withdrawn and this opinion is substituted therefor.

Senate Bill No. 401, Acts of the 46th Legislature, reads as follows:

"Section 1. Article 625 of the Code of Criminal Procedure of the Revised Statutes of 1925, is hereby amended so as to read as follows:

"Special pay for veniremen. All men summoned on special venire who have been challenged or excused from service on the trial, shall be paid out of the jury fund One ($1.00) Dollar for each day that he attends court on said summons. No person shall receive pay as a special venireman and regular juror for the same day. No per diem shall be allowed under this Article to any venireman for more than one case the same day.

"Section 2. Provided, however, the terms and conditions of this Bill shall not apply to any county in this State having a population of not less than two hundred ninety thousand (290,000)

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Hon. H. L. Washburn
Page # 2

nor more than three hundred fifty-five thousand
(355,000) according to the last preceding Federal
Census, and all future Federal Census.

"Section 3. The fact that the law does not
now provide for the payment of many special ve-
niremen, creates an emergency and imperative pub-
lic necessity that the Constitutional Rule requir-
ing Bills to be read on three several days in each
House be suspended, and the same is hereby sus-
pended, and this Act shall be in force and effect
from and after its passage, and it is so enacted."

Article 625, Code of Criminal Procedure, before the
above mentioned amendment, read as follows:

"Art. 625. (701) Special pay for veniremen.

"All men summoned on special venire who have
been challenged or excused from service on the
trial, and who reside more than one mile distant
from the court house of the county, shall be paid,
out of the jury fund, one dollar for each day that
he attends court on said summons. No person shall
receive pay as a special venireman and regular
juror for the same day. No per diem shall, in any
event, be allowed any venireman under this article,
who resides within the corporate limits of the
county seat, if incorporated, nor shall any per
diem be allowed any venireman for more than one case
the same day. (Acts 1907, p. 214.)"

Article 625, supra, before the amendment, applied to
all counties in the state and provided compensation of $1.00
for each day that a special venireman attended court on sum-
mons, except in the cases where the special venireman resided
less than one mile distant from the court house, or where the
special venireman resided within the corporate limits of the
county seat, if incorporated. From the emergency clause of
Senate Bill No. 401, Acts of the 46th Legislature, it is ap-
parent that it was the intention of the Legislature to enlarge
Article 625, supra, so all special veniremen would receive the
compensation of $1.00 each, for each day that they attend
court as such veniremen, including those who resided less than
one mile from the court house, and those who resided within
the corporate limits of the county seat, except those special
veniremen who reside in counties having a population of not

Hon. H. L. Washburn
Page # 3


less than 290,000 or more than 355,000 inhabitants according
to the last preceding Federal census and all future Federal
Census.

Therefore, you are respectfully advised that it is
the opinion of this department that said Article as amended
by Senate Bill No. 401, Acts of the 46th Legislature, applies
to Harris County and all other counties in this State, except
those counties having a population bracket from 290,000 to
355,000 inhabitants, as shown by the last or any subsequent
Federal Census.

                                    Yours very truly

APPROVED MAY 3, 1940            ATTORNEY GENERAL OF TEXAS

                                By  Ardell Williams

FIRST ASSISTANT                     Ardell Williams
ATTORNEY GENERAL                    Assistant


AW/oe

